UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHARI FRANKLIN                              JURY TRIAL DEMANDED

v.                                          CASE NO. 3:09 CV     553 (SRU)

FIRSTSOURCE ADVANTAGE, LLC

NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(l), plaintiff hereby dismisses the within action pursuant to the parties' settlement agreement without costs or fees to any party.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395

Certificate of Service

I hereby certify that on April 24, 2009, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772 0395
j.faulkner@snet.net